UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 10-20528-CIV-ALTONAGA/Brown

**FUSILAMP, LLC**, *et al.*,

    Plaintiffs,

vs.

**LITTELFUSE, INC.**, *et al.*,

    Defendants.
_____/

## ORDER

**THIS CAUSE** came before the Court on the Plaintiffs' Motion for Default Final Judgment Against Defendant Norberto Julio Chirkes [ECF No. 67], filed July 21, 2010; and Plaintiffs' Corrected Motion for Default Judgment [ECF No. 68], filed July 22, 2010. The Court's July 6, 2010 Order [ECF No. 56] required Plaintiffs to file a motion for final default judgment by July 21, 2010 but only if Defendant, Norberto Julio Chirkes ("Chirkes"), failed to respond to the Complaint or move to set aside the Clerk's Default by that date. On July 20, 2010, Chirkes filed a Limited Appearance and Motion to Dismiss Plaintiffs' Complaint [ECF No. 65]. Consequently, it is

**ORDERED AND ADJUDGED** that the Motions **[ECF Nos. 67, 68]** are **DENIED**. Plaintiffs are to respond to Chirkes' Motion within the time permitted by the Rules.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 22nd day of July, 2010.

                                        _____
                                        **CECILIA M. ALTONAGA**
                                        **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record