MI-345310 v1

CASE NO. 10-20528-CIV-ALTONAGA/BROWN

S DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 10-20528-CIV-ALTONAGA/BROWN

FUSILAMP, LLC, and FUSILAMP S.A.,

Plaintiffs,

v.

LITTELFUSE, INC.;
NORBERTO JULIO CHIRKES;
CATALINA PERFORMANCE
ACCESSORIES, INC.;
ADVANCE AUTO PARTS, INC.;
AUTOZONE, INC.; and
THE PEP BOYS-MANNY, MOE & JACK,
INC.,
        Defendants.

**DEFENDANTS ADVANCE AUTO PARTS, INC., AUTOZONE, INC., AND THE PEP BOYS-MANNY, MOE & JACK, INC.'S AGREED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO SECOND AMENDED COMPLAINT**

      Defendants, Advance Auto Parts, Inc., Autozone, Inc. and Pep Boys-Manny, Moe and Jack, Inc. (collectively "Defendants"), by and through their undersigned counsel, respectfully move this Court pursuant to Rule 6(b) of the Federal Rules of Civil Procedure for an enlargement of time to file their response to the Second Amended Complaint up to and including August 13, 2010. As good cause for this motion, Defendants state as follows:

      1.     Plaintiffs, FUSILAMP, LLC and Fusilamp S.A., ("FUSILAMP"), filed their Second Amended Complaint on July 1, 2010.

      2.     The Second Amended Complaint added the three movants as Defendants to this action.

      3.     Defendants request an enlargement of time up to and including August 13, 2010 to respond to the Second Amended Complaint.

4. This enlargement of time is requested to provide Defendants with time to evaluate and analyze the allegations against them.

5. This motion is brought in good faith, and the requested enlargement of time will not unduly delay this action or prejudice any of the parties to this proceeding.

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULES**

Pursuant to Southern District of Florida Local Rule 7.1.A.3, undersigned counsel conferred with counsel for Plaintiffs in a good faith effort to resolve the issues raised by this Motion, and counsel for the Plaintiffs has agreed to the granting of this Motion.

WHEREFORE, Defendants respectfully request that the Court enter an Order giving them an enlargement of time, up to and including August 13, 2010, in which to respond to the Second Amended Complaint.  In accordance with Local Rule 7.1.A.4, a proposed Order granting this Motion will be submitted to the Court in compliance with the CM/ECF guidelines on the submission of proposed orders.

Date: July 26, 2010

Respectfully submitted,

By: _____s/ Jonathan B. Morton_____
**K&L GATES, LLP**
Jonathan B. Morton, Esq.
Wachovia Financial Center
200 South Biscayne Blvd., Suite 3900
Miami, Florida 33131-2399
(305) 539-3357
jonathan.morton@klgates.com

Patricia Kane Schmidt (*pro hac vice*)
Three First National Plaza
70 West Madison Street, Suite 3100
Chicago, Illinois 60602
(312)372-1121
patricia.schmidt@klgates.com

*Attorney for Defendants Advance Auto Parts, Inc., Autozone, Inc. and Pep Boys-Manny, Moe and Jack, Inc.*

CASE NO. 10-20528-CIV-ALTONAGA/BROWN

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 26, 2010, I electronically filed the foregoing document with the Clerk of the Court via CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified.

By: s/ Jonathan B. Morton
     Jonathan B. Morton

## SERVICE LIST
**Fusilamp, LLC., et al. v. Littelfuse, Inc., et al.**
**Case No.: 10-20528-CIV-ALTONAGA/BROWN**

Mario S. Golab, Esq.
Intellectual Property Business
 Consultants, PLLC
1413 Santa Cruz Avenue
Coral Gables, Florida 33134
Tel. 305-720-2304
drgolab@themindharvesters.com
*Attorney for Plaintiff*
**(Served via CM/ECF)**

Warren P. Gammill
44 W. Flagler Street
Courthouse Tower, Suite 1050
Miami, FL 33130
Tel. 305-579-0000
Fax. 305-371-6927
gammill@miamilawoffice.com
*Attorney for Catalina Performance Accessories, Inc.*
**(Served via CM/ECF)**

Andrew R. Herron, Esq.
Herron Jacobs Ortiz
1401 Brickell Avenue
Suite 840
Miami, Florida 33131
Tel 305-779-08100
*Attorney for Norberto Julio Chirkes*
**(Served via CM/ECF)**