

Date: 07/30/2010

MARIO GOLAB:

The following is in response to your 07/30/2010 request for delivery information on your Signature Confirmation(TM) item number 2308 0440 0000 3818 9880. The delivery record shows that this item was delivered on 07/07/2010 at 10:15 AM in MEMPHIS, TN 38103 to M ANTHONY. The scanned image of the recipient information is provided below.

Signature of Recipient:   *M. Anthony* (handwritten signature)

Address of Recipient:   *123 S front St* (handwritten)

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,

United States Postal Service