

Date: 07/30/2010

MARIO GOLAB:

The following is in response to your 07/30/2010 request for delivery information on your Signature Confirmation(TM) item number 2308 0440 0000 3818 9897. The delivery record shows that this item was delivered on 07/06/2010 at 11:12 AM in ROANOKE, VA 24012 to D MAURER. The scanned image of the recipient information is provided below.

Signature of Recipient:

Address of Recipient:

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,

United States Postal Service