
UNITED STATES POSTAL SERVICE

Date: 07/30/2010

MARIO GOLAB:

The following is in response to your 07/30/2010 request for delivery information on your Signature Confirmation(TM) item number 2308 0440 0000 3818 9873. The delivery record shows that this item was delivered on 07/06/2010 at 09:48 AM in PHILADELPHIA, PA 19132 to T TEMME. The scanned image of the recipient information is provided below.

Signature of Recipient: 

Address of Recipient:

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,

United States Postal Service