# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### MIAMI DIVISION

## CASE NO. 10-20528-CIV-ALTONAGA/BROWN

**FUSILAMP, LLC and**
**FUSILAMP S.A.,**

        **Plaintiffs,**

v.

**LITTELFUSE, INC.,**
**NORBERTO JULIO CHIRKES,**
**CATALINA PERFORMANCE ACCESSORIES, INC.,**
**ADVANCE AUTO PARTS, INC.,**
**AUTOZONE, INC., and**
**THE PEP BOYS-MANNY, MOE & JACK, INC.,**

        **Defendants.**

_____/

## DEFENDANT ADVANCE AUTO PARTS, INC.'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFFS' SECOND AMENDED COMPLAINT

Defendant, Advance Auto Parts, Inc. ("AAP"), by and through its attorneys, K&L Gates LLP, files this Answer and Affirmative Defenses to Plaintiffs' Second Amended Complaint for Patent Infringement, Declaratory Judgment, Breach of Contract and False Marking, and in response to the separately numbered paragraphs thereof, states as follows:

### JURISDICTION AND VENUE

1.      Paragraph 1 does not contain allegations of fact to which a responsive pleading is required.

2.      Paragraph 2 does not contain allegations of fact to which a responsive pleading is required.

3.      Paragraph 3 does not contain allegations of fact to which a responsive pleading is required.

MI-347463 v1

4.      Paragraph 4 does not contain allegations of fact to which a responsive pleading is required.

## VENUE

5.      AAP denies that Southern District of Florida is the most convenient venue.  AAP lacks knowledge or information sufficient to admit or deny the remaining allegations of Paragraph 5 and therefore denies the same.

## PARTIES

6.      AAP lacks knowledge or information sufficient to admit or deny the allegations of Paragraph 6 and therefore denies the same.

7.      AAP lacks knowledge or information sufficient to admit or deny the allegations of Paragraph 7 and therefore denies the same.

8.      AAP admits that Littelfuse is a publicly traded corporation organized under the laws of the State of Delaware and has a principal place of business at 8755 West Higgins Road, Suite 500, Chicago, IL 60631.  AAP lacks knowledge or information sufficient to admit or deny the remaining allegations of Paragraph 8.

9.      AAP lacks knowledge or information sufficient to admit or deny the allegations of Paragraph 9 and therefore denies the same.

10.      AAP lacks knowledge or information sufficient to admit or deny the allegations of Paragraph 10 and therefore denies the same.

11.      AAP admits that it is a corporation organized under the laws of the State of Virginia and has a principal place of business at 5008 Airport Road, Roanoke Virginia 24012. AAP states that its operating company, Advance Stores Company Incorporated, operates its retail stores and, therefore, AAP denies the remaining allegations of Paragraph 11.

12.     AAP lacks knowledge or information sufficient to admit or deny the remaining allegations of Paragraph 12 and therefore denies the same.

13.     AAP lacks knowledge or information sufficient to admit or deny the remaining allegations of Paragraph 13 and therefore denies the same.

## COMMON FACTUAL ALLEGATIONS

14.     AAP lacks knowledge or information sufficient to admit or deny the allegations of Paragraph 14 and therefore denies the same.

15.     AAP lacks knowledge or information sufficient to admit or deny the allegations of Paragraph 15, and therefore denies the same.

16.     AAP lacks knowledge or information sufficient to admit or deny the allegations of Paragraph 16, and therefore denies the same.

17.     AAP lacks knowledge or information sufficient to admit or deny the allegations of Paragraph 17, and therefore denies the same.

18.     AAP lacks knowledge or information sufficient to admit or deny the allegations of Paragraph 18 and therefore denies the same.

19.     AAP lacks knowledge or information sufficient to admit or deny the allegations of Paragraph 19, and therefore denies the same.

20.     AAP lacks knowledge or information sufficient to admit or deny the allegations of Paragraph 20, and therefore denies the same.

21.     AAP lacks knowledge or information sufficient to admit or deny the allegations of Paragraph 21, and therefore denies the same.

22.     AAP lacks knowledge or information sufficient to admit or deny the allegations of Paragraph 22, and therefore denies the same.

23.     AAP lacks knowledge or information sufficient to admit or deny the allegations of Paragraph 23, and therefore denies the same.

24.     AAP lacks knowledge or information sufficient to admit or deny the allegations of Paragraph 24 and therefore denies the same.

25.     AAP lacks knowledge or information sufficient to admit or deny the remaining allegations of Paragraph 25 and therefore denies the same.

26.     AAP lacks knowledge or information sufficient to admit or deny the remaining allegations of Paragraph 26 and therefore denies the same.

27.     AAP lacks knowledge or information sufficient to admit or deny the remaining allegations of Paragraph 27 and therefore denies the same.

28.     AAP lacks knowledge or information sufficient to admit or deny the allegations of Paragraph 28, and therefore denies the same.

29.     AAP lacks knowledge or information sufficient to admit or deny the allegations of Paragraph 29, and therefore denies the same.

30.     AAP lacks knowledge or information sufficient to admit or deny the allegations of Paragraph 30, and therefore denies the same.

31.     AAP lacks knowledge or information sufficient to admit or deny the allegations of Paragraph 31, and therefore denies the same.

32.     AAP lacks knowledge or information sufficient to admit or deny the allegations of Paragraph 32, and therefore denies the same.

33.     AAP lacks knowledge or information sufficient to admit or deny the allegations of Paragraph 33, and therefore denies the same.

34.     AAP lacks knowledge or information sufficient to admit or deny the allegations of Paragraph 34, and therefore denies the same.

35.     AAP lacks knowledge or information sufficient to admit or deny the allegations of Paragraph 35, and therefore denies the same.

36.     AAP lacks knowledge or information sufficient to admit or deny the allegations of Paragraph 36, and therefore denies the same.

37.     AAP lacks knowledge or information sufficient to admit or deny the allegations of Paragraph 37, and therefore denies the same.

38.     AAP lacks knowledge or information sufficient to admit or deny the allegations of Paragraph 38, and therefore denies the same.

## AS TO COUNT I

39.     AAP repeats and incorporates its answers to Paragraphs 1 through 38 as if fully set forth herein.

40.     AAP lacks knowledge or information sufficient to admit or deny the allegations of Paragraph 40, and therefore denies the same.

41.     AAP lacks knowledge or information sufficient to admit or deny the allegations of Paragraph 41, and therefore denies the same.

42.     AAP lacks knowledge or information sufficient to admit or deny the allegations of Paragraph 42 and therefore denies the same.

43.     AAP lacks knowledge or information sufficient to admit or deny the allegations of Paragraph 43 and therefore denies the same.

44.     AAP lacks knowledge or information sufficient to admit or deny the allegations of Paragraph 44 and therefore denies the same.

45.     AAP lacks knowledge or information sufficient to admit or deny the allegations of Paragraph 45 and therefore denies the same.

## AS TO COUNT II

46.     AAP repeats and incorporates its answers to Paragraphs 1 through 38 as if fully set forth herein.

47.     AAP lacks knowledge or information sufficient to admit or deny the allegations of Paragraph 47 and therefore denies the same.

48.     AAP lacks knowledge or information sufficient to admit or deny the allegations of Paragraph 48 and therefore denies the same.

49.     AAP lacks knowledge or information sufficient to admit or deny the allegations of Paragraph 49 and therefore denies the same.

50.     AAP lacks knowledge or information sufficient to admit or deny the allegations of Paragraph 50 and therefore denies the same.

## AS TO COUNT III

51.     AAP repeats and incorporates its answers to paragraphs 1 through 38 as if fully set forth herein.

52.     AAP lacks knowledge or information sufficient to admit or deny the allegations of Paragraph 52 and therefore denies the same.

53.     AAP lacks knowledge or information sufficient to admit or deny the allegations of Paragraph 53 and therefore denies the same.

54.     AAP lacks knowledge or information sufficient to admit or deny the allegations of Paragraph 54 and therefore denies the same.

55.     AAP lacks knowledge or information sufficient to admit or deny the allegations of Paragraph 55 and therefore denies the same.

## AS TO COUNT IV

56.     AAP repeats and incorporates its answers to Paragraphs 1 through 38 as if fully set forth herein.

57.     AAP lacks knowledge or information sufficient to admit or deny the allegations of Paragraph 57 and therefore denies the same.

58.     AAP lacks knowledge or information sufficient to admit or deny the allegations of Paragraph 58 and therefore denies the same.

59.     AAP lacks knowledge or information sufficient to admit or deny the allegations of Paragraph 59 and therefore denies the same.

60.     AAP lacks knowledge or information sufficient to admit or deny the allegations of Paragraph 60 and therefore denies the same.

## AS TO COUNT V

61.     AAP repeats and incorporates its answers to Paragraphs 1 through 38 as if fully set forth herein.

62.     AAP lacks knowledge or information sufficient to admit or deny the allegations of Paragraph 62 and therefore denies the same.

63.     AAP lacks knowledge or information sufficient to admit or deny the allegations of Paragraph 63 and therefore denies the same.

64.     AAP lacks knowledge or information sufficient to admit or deny the allegations of Paragraph 64 and therefore denies the same.

65.     AAP lacks knowledge or information sufficient to admit or deny the allegations of Paragraph 65 and therefore denies the same.

66.     AAP lacks knowledge or information sufficient to admit or deny the allegations of Paragraph 66 and therefore denies the same.

67.    AAP lacks knowledge or information sufficient to admit or deny the allegations of Paragraph 67 and therefore denies the same.

68.    AAP lacks knowledge or information sufficient to admit or deny the allegations of Paragraph 68 and therefore denies the same.

## AS TO COUNT VI

69.    AAP repeats and incorporates its answers to Paragraphs 1 through 38 as if fully set forth herein.

70.    AAP lacks knowledge or information sufficient to admit or deny the allegations of Paragraph 70 and therefore denies the same.

71.    AAP lacks knowledge or information sufficient to admit or deny the allegations of Paragraph 71 and therefore denies the same.

72.    AAP lacks knowledge or information sufficient to admit or deny the allegations of Paragraph 72 and therefore denies the same.

73.    AAP lacks knowledge or information sufficient to admit or deny the allegations of Paragraph 73 and therefore denies the same.

74.    AAP lacks knowledge or information sufficient to admit or deny the allegations of Paragraph 74 and therefore denies the same.

## AS TO COUNT VII

75.    AAP repeats and incorporates its answers to Paragraphs 1 through 38 as if fully set forth herein.

76.    AAP lacks knowledge or information sufficient to admit or deny the allegations of Paragraph 76 and therefore denies the same.

77.    AAP denies the allegations of Paragraph 77.

78.    AAP denies the allegations of Paragraph 78.

### AS TO COUNT VIII

79.     AAP repeats and incorporates its answers to Paragraphs 1 through 38 as if fully set forth herein.

80.     AAP has insufficient knowledge and information to admit or deny the allegations in Paragraph 80 and therefore denies the same.

81.     AAP has insufficient knowledge and information to admit or deny the allegations in Paragraph 81 and therefore denies the same.

82.     AAP has insufficient knowledge and information to admit or deny the allegations in Paragraph 82 and therefore denies the same.

### AS TO COUNT IX

83.     AAP repeats and incorporates its answers to Paragraphs 1 through 38 as if fully set forth herein.

84.     AAP has insufficient knowledge and information to admit or deny the allegations in Paragraph 84 and therefore denies the same.

85.     AAP has insufficient knowledge and information to admit or deny the allegations in Paragraph 85 and therefore denies the same.

86.     AAP has insufficient knowledge and information to admit or deny the allegations in Paragraph 86 and therefore denies the same.

### AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

Plaintiffs' claims, in whole or in part, fail to state claims upon which relief may be granted.

### SECOND AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred, in whole or in part, because Plaintiffs have unclean hands.

### THIRD AFFIRMATIVE DEFENSE

Plaintiffs' request for relief is barred, in whole or in part, by the doctrine of laches and/or equitable estoppel.

### FOURTH AFFIRMATIVE DEFENSE

Plaintiffs' claims of infringement and patent false marking are barred because Littelfuse is the licensee of an exclusive license agreement with the co-owner of the '138 patent, Norberto Julio Chirkes.

### FIFTH AFFIRMATIVE DEFENSE

Plaintiffs' claims of infringement are barred because each claim of the '138 patent is invalid under 35 U.S.C. §§ 102 and 103.

### SIXTH AFFIRMATIVE DEFENSE

Plaintiffs' infringement claims are barred because AAP does not infringe a valid claim of the '138 patent.

### SEVENTH AFFIRMATIVE DEFENSE

Plaintiffs' patent infringement claims are barred because all owners of the '138 patent are indispensable parties to infringement claims and must be co-plaintiffs in this action.  Norberto Julio Chirkes is a co-owner of the '138 patent and therefore is an indispensable party.

### EIGHTH AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred, in whole or in part, because Plaintiffs failed to mitigate its damages, if any.

### NINTH AFFIRMATIVE DEFENSE

Plaintiffs' claims fail because the Southern District of Florida is an improper venue.

## PRAYER FOR RELIEF

**WHEREFORE**, Defendant AAP respectfully demands judgment dismissing Plaintiffs'

Second Amended Complaint in its entirety with prejudice and awarding AAP its attorneys' fees

and costs, as well as such other and further relief as this Court deems just and proper.

## JURY DEMAND

AAP demands trial by jury on all issues so triable.

Dated this 13th day of August, 2010.

Respectfully submitted,

By:    <u>s/ Jonathan B. Morton</u>
**K&L GATES, LLP**
Jonathan B. Morton, Esq.
Wachovia Financial Center
200 South Biscayne Blvd., Suite 3900
Miami, Florida 33131-2399
(305) 539-3357
jonathan.morton@klgates.com

Patricia Kane Schmidt (*pro hac vice*)
Three First National Plaza
70 West Madison Street, Suite 3100
Chicago, Illinois 60602
(312)372-1121
patricia.schmidt@klgates.com

*Attorneys for Defendant Advance Auto
Parts, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 13th, 2010, I electronically filed the foregoing document with the Clerk of the Court via CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified.

By:  s/ Jonathan B. Morton
Jonathan B. Morton

### SERVICE LIST
**Fusilamp, LLC., et al. v. Littelfuse, Inc., et al.**
**Case No.: 10-20528-CIV-ALTONAGA/BROWN**

Mario S. Golab, Esq.
Intellectual Property Business
Consultants, PLLC
1413 Santa Cruz Avenue
Coral Gables, Florida 33134
Tel. 305-720-2304
drgolab@themindharvesters.com
*Attorney for Plaintiff*
**(Served via CM/ECF)**

Warren P. Gammill
44 W. Flagler Street
Courthouse Tower, Suite 1050
Miami, FL 33130
Tel. 305-579-0000
Fax. 305-371-6927
gammill@miamilawoffice.com
*Attorney for Catalina Performance
Accessories, Inc.*
**(Served via CM/ECF)**

Andrew R. Herron, Esq.
Herron Jacobs Ortiz
1401 Brickell Avenue
Suite 840
Miami, Florida 33131
Tel 305-779-08100
*Attorney for Norberto Julio Chirkes*
**(Served via CM/ECF)**

- 12 -