10-20528.o1

# UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 10-20528- CIV-ALTONAGA-BROWN

FUSILAMP, LLC, et al.,

    Plaintiffs,

vs.

LITTLEFUSE, INC., et al.,

    Defendants.
_____/

## ORDER DENYING MOTION TO COMPEL

**THIS MATTER** is before the Court on plaintiffs' Motion to Compel Disclosure...(D.E. 88). The Court has considered the motion and all pertinent materials in the file.

Although Fed.R.Civ.P. 37(a) provides for a motion to compel disclosure, plaintiffs have failed to point to any specific "disclosure" that defendant has failed to make. Plaintiffs essentially argue that defendant has inaccurately represented its corporate status in a motion. The remedy in such a case is to take discovery by interrogatory, deposition, request for admission, or document request - not file a motion to compel disclosure.

Therefore, and the Court being otherwise fully advised in the premises, it is hereby **ORDERED AND ADJUDGED** that said motion be and the same is hereby **DENIED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this <u>24th</u> day of August, 2010.

                                                  s/ Stephen T. Brown
                                          STEPHEN T. BROWN
                                          CHIEF UNITED STATES MAGISTRATE JUDGE

cc:    Honorable Cecilia M. Altonaga
        Counsel of record