Mariana Imperiale
Attorney at Law
Avenida Maipú 1179, Piso 13, Oficina E
Florida, Provincia de Buenos Aires
República Argentina
Phone: 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-5073
mariana_imperiale@hotmail.com

June 10, 2011

**United States District Court**
**Southern District of Florida**
**Miami Division**
400 North Miami Ave.
Miami, FL 33128



Case No. 10-20852-CIV-ALTONAGA/Brown

Parties: FUSILAMP, LLC vs. LITTELFUSE, INC, NORBERTO JULIO CHIRKES and CATALINA PERFORMANCE ACCESSORIES, INC

Dear Madam/Sir:

I have been retained as private counsel by Ms. Silvia Renne Ludin, former spouse of Mr. Norberto Julio Chirkes, with respect to the "Integrated Light-emitting Indicator Fuse" patent registered in the United States at the U.S. Patent & Trademark Office on January 28, 1997 under patent number 5.598.138.

In violation of what it is established in the Argentine Law (jurisdiction under which my client and Mr. Chirkes must submit) the patent has been purchased, commercialized and presumably sold by Mr. Chirkes, particularly without Ms. Ludin consent (art. 1277 of the Civil Code) seriously damaging her patrimony, since my client has the right to the 50% (fifty percent) of the property and benefits received by Mr. Chirkes for the use of the patent since October 2, 2000.

Consequently, appropriate legal action has been taken before the Courts of the Republic of Argentina, National Civil Court of First Instance No. 25, File No. 21.047/07 under "Ludin, Silvia Renne a/ Chirkes, Norberto Julio s/ Nullity" with the purpose of receiving, in favor of Ms. Ludin, all the compensation as a result of proprietorship, sale, license, royalties and any other commercial operations related to the invention patent 5.598.138.

Since you have knowledge of the existence of the lawsuit under Fusilamp, LLC vs. Littelfuse, INC et al before the Southern District of Florida, which includes the mentioned patent ut-supra and before a possible agreement and/or negotiation – throughout arbitration- with the firm Littelfuse INC and the firm Fusilamp S.A. and/or Mr. Miguel Angel Gianelli and/or Norberto Julio Chirkes, I am hereby informing you of the lawsuit filed by our office on behalf of Ms. Ludin with the Courts of the Republic of Argentina and make you aware that whatever settlement agreement reached by the parties might be, it could include compensation in which Ms. Ludin has an interest and entitlement.

Looking to hearing from you soon.

Sincerely,

Mariana Imperiale

Attorney at Law