UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISON

| | |
|---|---|
| FUSILAMP, LLC AND<br>FUSILAMP S.A.,<br><br>      Plaintiffs,<br><br>v.<br><br>LITTELFUSE, INC. ET. AL,<br><br>      Defendants. | Case No. 10-20528-CMA |

### AFFIDAVIT OF RYAN STAFFORD IN SUPPORT OF DEFENDANT LITTELFUSE'S MOTION TO DISMISS FOR IMPROPER VENUE

I, Ryan K. Stafford, declare as follows:

1. I am Executive Vice President, Chief Legal & Human Resources Officer, at Littelfuse, Inc. ("Littelfuse"). I make this affidavit in support of Defendant's Motion to Dismiss for Improper Venue.

2. The basis of my knowledge stated herein is either personal or has been developed and confirmed through discussions with other Littelfuse employees who are knowledgeable about the matters set forth herein.

3. Littelfuse does not maintain any office or other place of business anywhere within the State of Florida.

4. Littelfuse has one employee in Florida. That employee works and resides in Orlando, Florida.

Stated under the pains and penalties of perjury under the laws of the United States of America that the foregoing is true and correct this 8th day of June, 2017.

_____
Ryan Stafford