UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-20528-CIV-ALTONAGA

**FUSILAMP, LLC,** *et al.*,

      Plaintiffs,
v.

**LITTELFUSE, INC.,** *et al.*,

      Defendants.
_____/

## ORDER

**THIS CAUSE** came before the Court on Defendant, Littelfuse, Inc.'s Motion to Dismiss [ECF No. 105], filed June 9, 2017.  Defendant requests the Court dismiss the action for improper venue in light of the Supreme Court's May 22, 2017 decision in *TC Heartland LLC v. Kraft Foods Grp. Brands LLC*, No. 16-341, 2017 WL 2216934 (U.S. May 22, 2017).  (*See* Mot. 1). "When [the Supreme Court] applies a rule of federal law to the parties before it, that rule is the controlling interpretation of federal law and must be given full retroactive effect in all cases *still open on direct review* and as to all events, regardless of whether such events predate or postdate our announcement of the rule."  *Harper v. Va. Dep't of Taxation*, 509 U.S. 86, 97 (1993) (alteration and emphasis added).

On September 9, 2010, the Court issued an Order [ECF No. 103] staying the present action pending the outcome of arbitration and directing the Clerk to administratively close the case.  (*See id.*).  The case has been closed since that date.  Although Defendant correctly states "[t]he decision in *TC Heartland* applies retroactively to all currently pending patent cases" (Mot. 3 (alteration added; citation omitted)), this is not a currently pending case.

Accordingly, it is

CASE NO. 10-20528-CIV-ALTONAGA

**ORDERED AND ADJUDGED** that the Motion **[ECF No. 105]** is **DENIED**.

**DONE AND ORDERED** in Miami, Florida, this 12th day of June, 2017.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record