UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-20528-CIV-ALTONAGA

**FUSILAMP, LLC,** *et al.*,

     Plaintiffs,
v.

**LITTELFUSE, INC.,** *et al.*,

     Defendants.
_____/

**ORDER**

**THIS CAUSE** came before the Court on Defendant, Littelfuse, Inc.'s Motion to Lift Stay [ECF No. 107], filed June 26, 2017. Defendant requests the Court lift the Stay [ECF No. 103], entered September 9, 2010, and dismiss the action in light of the Supreme Court's May 22, 2017 decision in *TC Heartland LLC v. Kraft Foods Grp. Brands LLC*, No. 16-341, 2017 WL 2216934 (U.S. May 22, 2017). (*See* Mot. 1).

Local Rule 7.1(a)(3) of the United States District Court for the Southern District of Florida provides:

> Prior to filing any motion in a civil case, . . . counsel for the movant shall confer (orally or in writing), or make reasonable effort to confer (orally or in writing), with all parties or non-parties who may be affected by the relief sought in the motion in a good faith effort to resolve by agreement the issues to be raised in the motion. . . . At the end of the motion, and above the signature block, counsel for the moving party *shall certify* [in accordance herewith.]

S.D. FLA. L.R. 7.1(a)(3) (alterations and emphasis added). The Rule further states "[f]ailure to comply . . . may be cause for the Court to grant or deny the motion and impose on counsel an appropriate sanction . . . ." *Id.* (alterations added). Defendant's counsel has not certified he conferred or made reasonable efforts to confer with Plaintiff with regard to the respect to the Court lift the stay, in accordance with Local Rule 7.1(a)(3). (*See generally* Mot.).

CASE NO. 10-20528-CIV-ALTONAGA

Accordingly, it is **ORDERED AND ADJUDGED** that the Motion **[ECF No. 107]** is **DENIED without prejudice**.

**DONE AND ORDERED** in Miami, Florida, this 27th day of June, 2017.

*[signature]*
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record