UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-20528-CIV-ALTONAGA

**FUSILAMP, LLC** and
**FUSILAMP S.A.**,

      Plaintiffs,

v.

**LITTELFUSE, INC**, *et al.*,

      Defendants.
_____/

# ORDER

**THIS CAUSE** came before the Court on Plaintiffs, Fusilamp, LLC and Fusilamp S.A.'s Motion to Confirm the Arbitration Award [ECF No. 110], filed August 24, 2018. Local Rule 7.1(a)(3) of the U.S. District Court for the Southern District of Florida provides:

> Prior to filing any motion in a civil case, . . . counsel for the movant shall confer (orally or in writing), or make reasonable effort to confer (orally or in writing), or make reasonable effort to confer (orally or in writing), with all parties or non-parties who may be affected by the relief sought in the motion in a good faith effort to resolve by agreement the issues to be raised in the motion. . . . At the end of the motion, and above the signature block, counsel for the moving party *shall certify* [in accordance herewith.]

*Id.* (alterations and emphasis added). The Rule further states that "[f]ailure to comply . . . may be cause for the Court to grant or deny the motion and impose on counsel an appropriate sanction . . . ." *Id.* (alterations added). Plaintiffs have failed to certify that they conferred or made reasonable efforts to confer with Defendants. Therefore, it is

**ORDERED AND ADJUDGED** that Plaintiffs' Motion to Confirm the Arbitration Award **[ECF No. 110]** is **DENIED without prejudice**.

1

CASE NO. 10-20528-CIV-ALTONAGA

**DONE AND ORDERED** in Miami, Florida, this 24th day of August, 2018.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:  counsel of record